UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANKWITZ, an individual; WILLIAM JACOBO, an individual; and JOSHUA HERNANDEZ, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-02924-EMC<br><br>*Assigned to : Hon. Edward M. Chen*<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**Hearing Date:** October 26, 2017<br>**Time:** 9:30 A.M.<br>**Courtroom:** Courtroom 5, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

The Court, having read Plaintiff's counsel's Request for Telephonic Appearance, hereby orders as follows:

1. Plaintiff's counsel, Andrew C. Ellison, may appear at the hearings in Courtroom 5 of this Court at 9:30 a.m. by telephone on October 26, 2017. The court will initiate the call to Andrew C. Ellison of Strauss & Strauss, APC, telephone number (805) 232-3229.

**IT IS SO ORDERED:**

Dated: __October 23__, 2017

_____
THE HONORABLE EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

APPROVED — Judge Edward M. Chen