# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANKWITZ, an individual; WILLIAM JACOBO, an individual; and JOSHUA HERNANDEZ, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-02924-EMC<br><br>*Assigned to:* Hon. Edward M. Chen<br><br><u>CLASS ACTION</u><br><br>**[P~~ROPO~~SED]**<br>**ORDER ON STIPULATION RE: MEDIATION COMPLETION AND RELATED CASE DEADLINES** |

Pursuant to the stipulation of the parties, the mediation completion deadline in this matter, presently scheduled for March 15, 2018, is hereby **vacated**.

1

**ORDER ON STIPULATION RE: MEDIATION COMPLETION**

The parties shall discuss further any ADR and related deadlines in this matter, at the March 29, 2018 status conference.

All other deadlines in the case shall remain unchanged.

SO ORDERED.

Dated:____2/8_____, 2018



_____
Hon. Judge Edward M. Chen
United States District Judge