| | |
|---|---|
| 1 | JOHN A. YBARRA, *Pro Hac Vice* |
|   | jybarra@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 321 North Clark Street, Suite 1000 |
| 3 | Chicago, Illinois 60654 |
|   | Telephone: 312.372.5520 |
| 4 | Facsimile: 312. 372.7880 |
| 5 | JODY A. LANDRY, Bar No. 125743 |
|   | jlandry@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
|   | 501 W. Broadway, Suite 900 |
| 7 | San Diego, California 92101.3577 |
|   | Telephone: 619.232.0441 |
| 8 | Facsimile: 619.232.4302 |
| 9 | Attorneys for Defendant |
|   | ECOLAB INC. |
| 10 | |
| 11 | *COUNSEL FOR PLAINTIFFS LISTED ON THE FOLLOWING PAGE* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANKWITZ, an individual, WILLIAM JACOBO, an individual, JOSHUA HERNANDEZ, an individual, on behalf of themselves and other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ECOLAB, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, <br><br> Defendant. | Case No. 3:17-cv-02924-EMC <br><br> **JOINT STIPULATION REGARDING DEFENDANT'S MOTION FOR RECONSIDERATION OF ECOLAB INC.'S MOTION TO COMPEL ARBITRATION OF NON-PAGA CLAIMS** |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JOINT STIPULATION RE BRIEFING/HEARING ON MOTION FOR RECONSIDERATION

Alejandro P. Gutierrez
HATHAWAY, PERRETT, WEBSTER
POWERS, CHRISMAN & GUTIERREZ
5450 Telegraph Road, Suite 200
Ventura, CA 93006
Email: agutierrez@hathawaylawfirm.com
Telephone: (805) 644-7111
Facsimile: (805) 644-8296

Daniel J. Palay
Brian D. Hefelfinger
PALAY HEFELFINGER, APC
1484 E. Main Street, Suite 105-B
Ventura, CA 93001
Email:djp@calemploymentcounsel.com
Telephone: (805) 628-8220
Facsimile: (805) 765-8600

Michael A. Strauss
Aris Karakalos
STRAUSS & STRAUSS, APC
121 N. Fir Street, Suite F
Ventura, CA 93001
Email: mike@strausslawyers.com
Telephone: (805) 641-6600
Facsimile: (805) 641-6607

Attorneys for Plaintiffs

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JOINT STIPULATION RE BRIEFING/HEARING ON MOTION FOR RECONSIDERATION

2.

Case No. 3-17-cv-02924-EMC

It is hereby stipulated between the parties to this matter as follows with respect to the briefing schedule and hearing on Docket Entry Number 52, which is Defendant Ecolab Inc.'s request that this court allow it to file a motion for reconsideration of this Court's order denying its motion to compel arbitration set out in Docket Entry Number 35.

1. Docket Entry Number 52 will be considered Defendant Ecolab Inc.'s opening brief with respect to its request that this Court reconsider its order in Docket Entry Number 35 denying the motion to compel arbitration of Plaintiffs' non-PAGA claims.

2. Plaintiffs' opposition to the motion for reconsideration must be filed by July 19, 2018.

3. Defendant's reply brief must be filed by July 26, 2018.

4. Defendant's notice of non-opposition, Docket Entry 58, is deemed withdrawn.

5. The hearing on the motion will be on August 2, 2018 at 2:30 p.m. in conjunction with the already pending motion to compel arbitration of Plaintiffs' PAGA claims.

IT IS SO STIPULATED.

Dated: July 5, 2018

    *s/ Brian D. Hefelfinger [with approval]*
DANIEL J. PALAY
BRIAN D. HEFELFINGER
PALAY HEFELFINGER APC
Attorneys for Plaintiffs

Dated: July 5, 2018

    *s/* Jody A. Landry
JODY A. LANDRY
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ECOLAB INC.

Firmwide:155685271



IT IS SO ORDERED

Judge Edward M. Chen

JOINT STIPULATION RE: BRIEFING/HEARING ON MOTION FOR RECONSIDERATION     3.     Case No. 3-17-cv-02924-EMC

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441