John A. Ybarra (*pro hac vice*)
jybarra@littler.com
**LITTLER MENDELSON, P.C.**
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: (312) 372-5520
Facsimile: (312) 372-7880

Aaron L. Agenbroad, SBN 242613
alagenbroad@jonesday.com
Kelsey Israel-Trummel, SBN 282272
kitrummel@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Michael J. Gray (*pro hac vice*)
mjgray@jonesday.com
**JONES DAY**
77 W. Wacker Dr. Suite 3500
Chicago, IL 6060
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Attorneys for Defendant
ECOLAB INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BANKWITZ, an individual; WILLIAM JACOBO, an individual; and JOSHUA HERNANDEZ, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> ECOLAB INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.     3:17-cv-02924-EMC <br><br> Assigned to:  Hon. Edward M. Chen <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO MOTIONS TO CONFIRM ARBITRATION AWARDS AND PLAINTIFFS' TIME TO REPLY** |

1     Pursuant to Local Rule 6-1(b), Defendant Ecolab Inc. ("Defendant") and Plaintiffs Robert Bankwitz and William Jacobo ("Plaintiffs"), by and through their respective counsel, enter into the following stipulation:

    WHEREAS, on March 11, 2020, Plaintiff Robert Bankwitz filed an Application to Confirm Arbitration Award ("Bankwitz Application") (Dkt. No. 93);

    WHEREAS, on March 23, 2020, Plaintiff William Jacobo also filed an Application to Confirm Arbitration Award ("Jacobo Application") (Dkt. No. 95);

    WHEREAS Defendant's response to the Bankwitz Application is due March 25, 2020, with any reply thereto due on April 1, 2020;

    WHEREAS Defendant's response to the Jacobo Application is due April 6, 2020, with any reply thereto due on April 13, 2020;

    WHEREAS the Court has continued the next case management conference in these matters until June 18, 2020 (Dkt. No. 96); and

    WHEREAS the disruptions caused by the COVID-19 virus and the efficiency of responding to both Applications in a single filing make it preferable for Defendant to respond to both Applications on April 8, 2020, with any replies thereto due on April 15, 2020.

    NOW, THEREFORE, the Parties hereby respectfully request that

1. The deadline for Defendant's responses to the Bankwitz and Jacobo Applications be extended until April 8, 2020; and

2. The deadline for Plaintiffs' replies in support of the Bankwitz and Jacobo Applications be extended until April 15, 2020.

Dated: March 25, 2020        JONES DAY

        /s/ Kelsey Israel-Trummel
        Kelsey Israel-Trummel

        Attorneys for Defendant
        ECOLAB INC.

Dated: March 25, 2020

HATHAWAY, PERRETT, WEBSTER,
POWERS, CHRISMAN & GUTIERREZ

/s/ Alejandro P. Gutierrez
Alejandro P. Gutierrez

Attorneys for Plaintiffs
ROBERT BANKWITZ AND WILLIAM JACOBO

### SIGNATURE ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: March 25, 2020

By: /s/ Kelsey Israel-Trummel
Kelsey Israel-Trummel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward M. Chen
United Stated District Court Judge